# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES STARK, A/K/A KENYON STARK,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 71757

**FILED**

JAN 3 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Our review of this appeal reveals a jurisdictional defect. The notice of appeal states that appellant appeals "the findings of fact, conclusion of law denying petitioner's habeas corpus petition as filed/entered on the 20 day of May, 2016." No order or final judgment was entered on May 20, 2016. To the extent appellant appeals from the order denying a postconviction petition for a writ of habeas corpus entered on March 21, 2016, the notice of appeal is untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev.

349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____ , J.
Douglas

_____ , J.
Gibbons

_____ , J.
Pickering

cc:    Hon. Jessie Elizabeth Walsh, District Judge
       James Stark
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]In light of this order, the pro se motion to appoint counsel filed on December 23, 2016, is denied as moot.